UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**BRENDA D. WILLIAMS,**

    Plaintiff,

v.                                        Case No:5:11-CV-641-Oc-34PRL

**MARION COUNTY PUBLIC SCHOOL**

    Defendant.

## ORDER

This matter is before the Court on Defendant's Motion to Reschedule Mediation Conference. (Doc. 32). The Court previously scheduled a mediation conference before the undersigned on March 12, 2013. Defendant has now filed the instant motion requesting that mediation be rescheduled for March 14, 2013 or March 15, 2013 due to scheduling conflicts for both Defendant and its counsel.

While the Court recognizes that Plaintiff opposes moving the scheduled mediation, it is critical that Defendant and its counsel be available to participate in the conference. Accordingly, Defendant's Motion (Doc. 32) is **GRANTED** and the mediation conference previously scheduled for March 12, 2013 is rescheduled for **March 14, 2013 at 10:00 a.m**. All other provisions of the mediation order (Doc. 31) remain in full force and effect.

**DONE** and **ORDERED** in Ocala, Florida on February 7, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
Donna DeNicola