**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

BRENDA D. WILLIAMS,

                Plaintiff,

vs.                                      Case No. 5:11-cv-641-Oc-34PRL

MARION COUNTY PUBLIC SCHOOL,

                Defendant.
_____

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Philip R. Lammens' Report and Recommendation (Dkt. No. 68; Report), entered on July 21, 2014. In the Report, Magistrate Judge Lammens recommends that Defendant's Motion for Costs and Expenses (Dkt. No. 62; Motion) be granted, in part, and denied, in part, and that costs be taxed against Plaintiff in the amount of $2,298.45. See Report at 5. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 68) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion for Costs and Expenses (Dkt. No. 62) is **GRANTED, in part, and DENIED, in part**.

3. The Motion is **GRANTED** to the extent that costs are taxed against Plaintiff in the total amount of **$2,298.45**.

4. Otherwise, the Motion is **DENIED**.

5. The Clerk of the Court is directed to enter Judgment awarding Defendant, Marion County Public School, taxable costs in the amount of **$2,298.45**, and to adjust the Bill of Costs, which is attached to the Motion, accordingly.

**DONE AND ORDERED** in Chambers, this 20th day of August, 2014.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

The Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of Record

Pro Se Party